# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00873-CV

**In re Ocampo Partners, Ltd.; Belco Equities, Inc.; Riverhorse Equities II, Ltd.; and Douglas McDermott as Trustee of the Rudy Belton Management Trust**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### O R D E R

**PER CURIAM**

On January 5, 2018, we issued an order extending the time for Real Parties in Interest to file a response to Relators' petition for writ of mandamus to Monday, January 22, 2018, and staying all discovery in the underlying case until Monday, February 5, 2018.

Real Parties in Interest filed a second, unopposed motion requesting a one-week extension of time to file their response to Relators' petition for writ of mandamus and an extension of the stay of discovery in the underlying case for an additional week.

We grant the second motion for extension of time, allowing Real Parties in Interest to file their response to Relators' mandamus petition by Monday, January 29, 2018. All discovery in the underlying case, cause number D-1-GN-17-002572, *John Koren, et al. v. Ocampo Partners, Ltd., et al.*, in the 126th District Court of Travis County, is stayed until Monday, February 12, 2018.

It is ordered January 19, 2018.

Before Chief Justice Rose, Justices Pemberton and Goodwin